**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CRIMINAL CASE NO. 2:08-cr-00015-MR**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **GARY DAVID LAMBERT,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **EASTERN BAND OF CHEROKEE** | ) | |
| **INDIANS,** | ) | |
| | ) | |
| **Garnishee.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Motion for Dismissal of Order of Continuing Garnishment [Doc. 50].

For the reasons stated in the Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion for Dismissal [Doc. 50] is **GRANTED**, and the Order of Continuing Garnishment filed in this case against the Defendant Gary David Lambert is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge