# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CASE NO. 2:08 cr 15

UNITED STATES OF AMERICA

V.

GARY LAMBERT

## ORDER

**THIS MATTER** is before the Clerk due to his fiduciary duty to disperse payments.

Mr. Gary Lambert made an overpayment in his payments to the court in the amount of $100.00. This overpayment has been verified by Mr. Lambert's U.S. Probation Officer and a Financial Specialist of this court.

The money is in the Forfeitures of Unclaimed Money Fund (106000). All disbursements from this fund require a court order.

Mr. Lambert's address is 31 Old Pheasant Creek Road, Cherokee, North Carolina, 28719

Accordingly, it is ORDERED that Mr. Gary Lambert receive his overpayment in the amount of $100.00 at the direction of the Clerk's Financial Department.

SO ORDERED, THIS 2nd day of December, 2015.

Frank D. Whitney, Chief
U.S. District Judge

*FILED CHARLOTTE, NC DEC -2 2015 US District Court Western District of NC*